UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Patrick A. Carlone,                                                          Civil No. 13-783 (SRN/JSM)

      Plaintiff,

v.                                                                                                    ORDER
Asbestos Workers Local 34, and
Roger LeClaire,

      Defendants.
_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron. No objections to the Report and Recommendation were filed within the requisite time period. Based upon the foregoing and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Sanctions and Attorney's Fees Pursuant to Rule 11 [Docket No. 35] is GRANTED in part and DENIED in part as follows:

    a. Defendants' request for attorney fees and costs is denied;

    b. Plaintiff's suit is dismissed with prejudice; and

    c. Plaintiff is precluded from filing any new lawsuits, complaints, or charges of any kind against defendants, their officers or agents (including against defendants' attorneys arising out of their past, present or future representation of defendants) in the District of Minnesota unless he is represented by counsel and obtains prior written approval from the Chief Judge of the District of Minnesota.

2. Plaintiff's Motion for Employment [Docket No. 54] is DENIED as moot based on the dismissal of this action.

3. Plaintiff's Amended Complaint [Docket No. 55] and Amended Counter Lawsuit Malicious Prosecution [Docket No. 59] are DENIED and this case is DISMISSED WITH PREJUDICE.

4.     Plaintiff's Motion to Remove all of the Defendants' Exhibits [Docket No. 60] is DENIED, as plaintiff has failed to set forth an adequate basis for the removal of all of defendants' exhibits in this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 24, 2014

                                    s/Susan Richard Nelson
                                    SUSAN RICHARD NELSON
                                    United States District Judge